The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNILOC 2017 LLC,

                              Plaintiff,

        v.

HTC AMERICA, INC.

                              Defendant.

Case No. 2:18-cv-01728-BJR
Case No. 2:18-cv-01730-BJR

**ORDER GRANTING STIPULATED MOTION TO MODIFY CERTAIN INITIAL *MARKMAN* DEADLINES**

## ORDER

This matter came before the Court on the parties' Stipulated Motion to Modify Certain Initial *Markman* Deadlines. After careful consideration, the Motion is GRANTED and the Standing Orders for Civil Cases Setting Trial Date, Related Dates, and Court Procedures in the above-captioned cases are modified as follows:

1. **-1728 Case Standing Order (Dkt. #32)**

| EVENT | PREVIOUS DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Reports from expert witnesses regarding Markman issues due | 5/31/2019 | 8/5/2019 |
| Rebuttal expert reports regarding Markman issues due | 6/20/2019 | 8/26/2019 |

ORDER                                        1

**2. -1730 Case Standing Order (Dkt. #33)**

| EVENT | PREVIOUS DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Reports from expert witnesses regarding Markman issues due | 6/3/2019 | 8/5/2019 |
| Rebuttal expert reports regarding Markman issues due | 6/21/2019 | 8/26/2019 |

It is so ordered.

Dated this 31st day of May, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

**VINSON & ELKINS LLP**

*/s/ Fred I. Williams*
Fred I. Williams (*pro hac vice*)
fwilliams@velaw.com
Mario A. Apreotesi (*pro hac vice*)
mapreotesi@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
512.542.8400 telephone
512.542.8610 facsimile

Todd E. Landis (*pro hac vice*)
tlandis@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
214.220.7700 telephone

214.220.7716 facsimile

**YARMUTH LLP**

Molly A. Terwilliger, WSBA No. 28449
mterwilliger@yarmuth.com
YARMUTH LLP
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
206.516.3800 telephone
206.516.3888 facsimile

*Attorneys for Defendant HTC America, Inc.*