The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNILOC 2017 LLC<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC.<br><br>Defendant. | Case No. 2:18-cv-01728-BJR<br><br>**JOINT STIPULATION TO STAY** |

Pursuant to Local Civil Rule 7(d)(1), and subject to the Court's approval, Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendant HTC America, Inc. ("HTCA") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff Uniloc filed a Complaint against Defendant HTCA alleging infringement of U.S. Patent No. 6,868,079 ("the '079 Patent");

WHEREAS, Plaintiff Uniloc previously sued Samsung Electronics America, Inc. and Samsung Electronics Co. Ltd. for infringement of the '079 patent in the Eastern District of Texas, in *Uniloc, USA Inc. et al. v Samsung Elecs. Am., Inc. et al.*, Case No. 18-cv-00042-JRG (E.D. Tex.);

WHEREAS, the Eastern District of Texas construed the claims of the '079 patent in Docket Nos. 93 and 109;

WHEREAS, the Eastern District of Texas invalidated claim 18 of the '079 patent in Docket Nos. 93 and 109; and

WHEREAS, to conserve judicial resources, the Parties have agreed to stay this case pending Uniloc's appeal of the decisions of the Eastern District of Texas to the Federal Circuit;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the Parties, pursuant to Local Civil Rule 10(g), subject to the approval of the Court, that this case is stayed pending the issuance of a final decision with respect to Uniloc's appeal of Docket Nos. 93 and 109 in the matter of *Uniloc, USA Inc. et al. v Samsung Elecs. Am., Inc. et al.*, Case No. 18-cv-00042-JRG (E.D. Tex.). Within seven days from the issuance of such a decision, the Parties shall file a joint notice advising the Court of the decision. Each Party further reserves the right to request that the stay be lifted or modified due to changed circumstances.

Dated: June 13, 2019

Respectfully submitted,

**VAN KAMPEN & CROWE PLLC**

By: */s/ Al Van Kampen*
Al Van Kampen, WSBA No. 13670
David E. Crowe, WSBA No. 43529
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154
Telephone: (206) 386-7353
Fax: (206) 405-2825
AVanKampen@VKClaw.com
DCrowe@VKClaw.com

**PRINCE LOBEL TYE LLP**

By: */s/ Aaron S. Jacobs*
Aaron S. Jacobs *(pro hac vice)*
James J. Foster *(pro hac vice)*
One International Place, Suite 3700
Boston, MA 02110
Telephone: (617) 456-8000
Ajacobs@princelobel.com
Jfoster@princelobel.com

*Attorneys for Plaintiffs*

**YARMUTH LLP**

By: */s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA No. 28449
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (206) 516-3800
Fax: (206) 516-3888

mterwilliger@yarmuth.com

**VINSON & ELKINS LLP**

By: */s/ Fred I. Williams*
Fred I. Williams *(pro hac vice)*
Mario A. Apreotesi *(pro hac vice)*
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
Telephone: (512) 542-8400
Fax: (512) 542-8612
fwilliams@velaw.com
mapreotesi@velaw.com

Todd Landis *(pro hac vice)*
Eric Klein *(pro hac vice)*
2001 Ross Avenue, Suite 3700

Dallas, TX 75201
Telephone: (214) 220-7700
Fax: (214) 220-7716
tlandis@velaw.com
eklein@velaw.com

*Attorneys for Defendant HTC America, Inc.*

**ORDER**

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED this 14th of June, 2019

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE